| | |
|---|---|
| 1  SCOTT N. SCHOOLS, SC SBN 9990<br>   United States Attorney<br>2  JOANN M. SWANSON, CSBN 88143<br>   Assistant United States Attorney<br>3  Chief, Civil Division<br>   EDWARD A. OLSEN, CSBN 214150<br>4  Assistant United States Attorney | *E-FILED 7/5/07* |

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6915
     FAX: (415) 436-6927

7

Attorneys for Defendants

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12  DHIA Y. ALRAWI,                    )
                                       )  No. C 07-2181 RS
13                  Plaintiff,         )
                                       )
14          v.                         )  **STIPULATION TO EXTEND TIME
                                       )  WITHIN WHICH THE DEFENDANTS
15  ALBERTO GONZALES, Attorney General )  MUST FILE A RESPONSE TO THE
    of the United States;              )  COURT'S ORDER TO SHOW**
16  MICHAEL CHERTOFF, Secretary,       )  AND ORDER THEREON
    Department of Homeland Security;   )
17  ROSEMARY MELVILLE, Director,       )
    Atlanta Office, U.S. Citizenship and )
18  Immigration Service;               )
    ROBERT DIVINE, Acting Director,    )
19  U.S. Citizenship and Immigration Services; )
                                       )
20                  Defendants.        )
                                       )
21  _____)

22      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23  of record, hereby stipulate, subject to the approval of the Court, to a 14-day extension of time

24  within which the Defendants must serve its response to the Court's April 27, 2007 Order to Show

25  Cause in the above-entitled action. Defendants will file their response on or before July 13, 2007.

26  ///

27

28

Stip to Ext Time
C 07-2181 RS

1 | Dated: June 7, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Defendants

Dated: June 29, 2007

_____
KATE L. RAYNOR
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:   July 5, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge

Stip to Ext Time
C 07-2181 RS