JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

*E-FILED 1/16/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DHIA Y. ALRAWI,<br><br>    Plaintiff,<br><br>    v.<br><br>ALBERTO GONZALES, Attorney General of the United States;<br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security;<br>ROSEMARY MELVILLE, Director, Atlanta Office, U.S. Citizenship and Immigration Service;<br>ROBERT DIVINE, Acting Director, U.S. Citizenship and Immigration Services;<br><br>    Defendants. | No. C 07-2181 RS<br><br>**STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services adjudicated plaintiff's application for naturalization.

    Each of the parties shall bear their own costs and fees.

///

Stip to Dismiss
C 07-2181 RS

| | | |
|---|---|---|
| Dated: January 14, 2008 | | Respectfully submitted, |
| | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| | | /s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorney for Defendants |
| Dated: January 14, 2008 | | /s/<br>KATE L. RAYNOR<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 1/16/08

_____
RICHARD SEEBORG
United States Magistrate Judge

Stip to Dismiss
C 07-2181 RS